**DISMISS; and Opinion Filed September 12, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00834-CV

**RAMESH RAMADAS, Appellant**
**V.**
**AMAR NUGGEHALLI, DGS TECHNICAL SERVICES, INC., AND**
**DGS TECHNICAL SERVICES OF CANADA, INC., Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00079-2016**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Fillmore and Brown
Opinion by Justice Brown

Before the Court is appellant's notice of withdrawal of appeal. We construe appellant's

notice as a motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX.

R. APP. P. 42.1(a)(1).

/Ada Brown/
ADA BROWN
JUSTICE

160834F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RAMESH RAMADAS, Appellant

No. 05-16-00834-CV        V.

AMAR NUGGEHALLI,
DGS TECHNICAL SERVICES, INC., AND
DGS TECHNICAL SERVICES OF
CANADA, INC., Appellees

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-00079-2016.
Opinion delivered by Justice Brown.  Chief
Justice Wright and Justice Fillmore
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees AMAR NUGGEHALLI, DGS TECHNICAL SERVICES, INC., AND DGS TECHNICAL SERVICES OF CANADA, INC. recover their costs of this appeal from appellant RAMESH RAMADAS.

Judgment entered this 12th day of September, 2016.